**Arthur L. RICHE, Appellant, v. The PER-MUTIT COMPANY et al., Appellees.**

No. 8271.

Circuit Court of Appeals, Third Circuit.

Argued May 18, 1943.

Decided May 28, 1943.

Ira J. Wilson, of Chicago, Ill., for appellant.

James H. Littlehales, of Washington, D. C. (Hugh M. Morris and Alexander L. Nichols, both of Wilmington, Del., and Alfred M. Houghton, of Washington D. C., on the brief), for appellee.

Before BIGGS, MAGRUDER, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Judge Leahy, D.C., 47 F.Supp. 275.

**UNITED STATES, Appellant, v. ONE PLY-MOUTH SEDAN, lately possessed by Anthony Bruno Cassella. ASSOCIATES DISCOUNT CORPORATION, Intervening Claimant.**

No. 8069.

Circuit Court of Appeals, Third Circuit.

Argued May 20, 1943.

Decided June 1, 1943.

Joseph E. Gold, Asst. U. S. Atty., of Philadelphia, Pa., (Gerald A. Gleeson U. S. Atty., and Julian R. Eagle, Atty., Alcohol Tax Unit, both of Philadelphia, Pa., on the brief), for appellant.

Hirsh W. Stalberg, of Philadelphia, Pa., (Albert G. F. Curran, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, GOODRICH, and WOODBURY, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed on the opinion of Judge Kalodner, D.C., 45 F.Supp. 461.

**UNITED STATES of America, Appellant, v. UTICA, CHENANGO & SUSQUEHANNA VALLEY RAILWAY COMPANY, et al., Appellees.**

No. 241.

Circuit Court of Appeals, Second Circuit.

May 7, 1943.

Frank J. Dufficy, of New York City, for appellant.

J. Theodore Cross, of Utica, N. Y., for appellees.

Before L. HAND, SWAN, and FRANK, Circuit Judges.

PER CURIAM.

This case is a companion to United States v. Morris & Essex Railroad Company, 135 F.2d 711, decided this day by us. For the reasons stated in our opinion in that case, this order must be reversed, and an injunction entered, pendente lite.

Order reversed; injunction to enter.